UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEEDA PARTS MANUFACTURING, INC.,
JAMES KOLESZAR, and GIULIO COGO,

   Plaintiffs,

v.

SAYGUS, INC., and PSNET
COMMUNICATIONS, INC.,

   Defendants.
              /

Case No. 08-13089

Honorable John Corbett O'Meara

## ORDER DENYING PLAINTIFFS' SEPTEMBER 9, 2008 MOTION FOR DEFAULT JUDGMENT

This matter came before the court on Plaintiffs' September 9, 2008 motion for default judgment. Defendants filed a response September 12, 2008. Pursuant to Local Rule 7.1(e)(2), no oral argument was heard.

Plaintiffs filed this action July 17, 2008. It was reassigned to this court as a companion case July 22, 2008. Clerk's entry of default was filed as to both defendants September 4, 2008; and Plaintiffs filed this motion for default judgment September 9, 2008.

Rule 55(c) of the Federal Rules of Civil Procedure provides that the court may set aside entry of default for "good cause." Because the companion case is and has been before this court, Plaintiffs will not be prejudiced if the motion is denied.

It is therefore **ORDERED** that Plaintiffs' September 9, 2008 motion for default judgment is **DENIED.**

        s/John Corbett O'Meara
        United States District Judge

Date: September 19, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 19, 2008, by electronic and/or ordinary mail.

        s/William Barkholz
        Case Manager